MARY PALEY, as Administratrix of the Estate of MATEY PALEY, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion

denied, without costs. (*Proefrock* v. *Denney*, 258 App. Div. 5, affd. 283 N. Y. 648.) Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ. [See *ante*, p. 161.]